| United States Bankruptcy Court<br>DISTRICT OF *PUERTO RICO* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Multi Plastics, Inc.,*<br>*a Puerto Rico Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): *4025* | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*Street B Lot 9*<br>*Saint Just Industrial Park*<br>*Trujillo Alto PR*    ZIPCODE *00976* | Street Address of Joint Debtor (No. & Street, City, and State):<br>   ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*PO Box 907*<br>*Saint Just PR*    ZIPCODE *00978-0907* | Mailing Address of Joint Debtor (if different from street address):<br>   ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | Over $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Multi Plastics, Inc., a Puerto Rico Corporation* | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |

| Location Where Filed: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Multi Plastics, Inc.,*<br>*a Puerto Rico Corporation* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

*Wallace Vazquez Sanabria 125101*
Printed Name of Attorney for Debtor(s)

*Wallace Vazquez Sanabria*
Firm Name

*17 Mexico Street*
Address

*Suite D-1*

*San Juan PR   00917-2202*

*787-756-5730*
Telephone Number

*12/7/10*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in the petition.

X _____
Signature of Authorized Individual

*Luis E. Marini Roig*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*12/07/a0*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110: 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re *Multi Plastics, Inc.*
    *a Puerto Rico Corporation*

Case No.
Chapter *11*

_____ _____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Luis E. Marini Roig is President of Multi Plastics, Inc., a corporation. On the following resolution was duly adopted by the of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Luis E. Marini Roig, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Luis E. Marini Roig, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Luis E. Marini Roig, President of this corporation, be and hereby is, authorized and directed to employ Wallace Vazquez Sanabria, Attorney and the law firm of Wallace Vazquez Sanabria, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Luis E. Marini Roig, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _12/7/10_

Signature _____
Luis E. Marini Roig
President

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *Multi Plastics, Inc., a Puerto Rico Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Wallace Vazquez Sanabria*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . *(per hour)* . . $ *200.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *10,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *1,039.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

   a) *$200.00 p/h*
   b) *$10,000.00*
   c) *undetermined*

Dated: *12/07/2010*                    Respectfully submitted,

                                   X */s/ Wallace Vazquez Sanabria*
        Attorney for Petitioner: *Wallace Vazquez Sanabria*
                                 *Wallace Vazquez Sanabria*
                                 *17 Mexico St.*
                                 *Suite D-1*
                                 *San Juan PR   00917-2202*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re *Multi Plastics, Inc.*

Case No.

Chapter: *11*

_____/Debtor(s)

Attorney For Debtor: *Wallace Vazquez Sanabria*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|--------|--------------|
| 1 | 65 Rental & Sales Corp.<br>PO Box 29614<br>San Juan, PR   00929 | | | $ 1,103.20 |
| 2 | ACHA Traiding<br>PO Box 9020150<br>San Juan, PR   00902-0150 | | | $ 3,573.74 |
| 3 | Active Salesman Company<br>Sabana Llana<br>5 La Brisa Street<br>San Juan, PR   00924 | | | $ 90.95 |
| 4 | Advance Office Electronic<br>PO Box 4410<br>Carolina, PR   00984 | | | $ 5,320.48 |
| 5 | AL Credit Corp.<br>PO Box 71432<br>San Juan, PR   00936-8532 | | | $ 78.17 |
| 6 | Alexi Padilla<br>Calle 36 D-24<br>Ext. Parque Ecuestre<br>Carolina, PR   00987 | | | $ 200.00 |
| 7 | Almacenes Kress<br>PO Box 11910<br>Caparra Heights Station<br>San Juan, PR   00922-1910 | | | $ 475.00 |
| 8 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL   33336-0001 | | | $ 92,244.32 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 9 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | | | $ 78,333.99 |
| 10 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | | | $ 13,910.33 |
| 11 | Angel Castro Ayala<br>Via 4 Bloque 2 JR 668<br>villa Fontana<br>Carolina, PR 00983 | | | $ 600.00 |
| 12 | Angel Marcano<br>5813 Este Calle D Cabrera<br>PMB 552<br>Humacao, PR 00791 | | | $ 675.00 |
| 13 | AP Industrial<br>Ave. Munoz Marin Q-43<br>Villa del Carmen<br>Caguas, PR 00725 | | | $ 12,143.41 |
| 14 | Asoc. Industriales de PR<br>PO Box 195477<br>San Juan, PR 00919-5477 | | | $ 2,000.00 |
| 15 | ATG Contractors, Inc.<br>PO Box 750<br>Camuy, PR 00627 | | | $ 14,612.10 |
| 16 | Autoridad Acueductos<br>PO Box 70101<br>San Juan, PR 00936-8101 | | | $ 17,689.41 |
| 17 | Autoridad Energia Electrica<br>PO Box 363508<br>San Juan, PR 00936-3508 | | | $ 13,141.90 |
| 18 | AWA Gases and Welding<br>Bella Vista<br>Building 2 Local 6A<br>Bayamon, PR 00957 | | | $ 1,410.39 |
| 19 | Axium Healthcare of PR<br>Los Arcos de Suchville Bldg.<br>Suite 302 #108 State Rd. #2<br>Guaynabo, PR 00966 | | | $ 2,613.45 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 20 | Banco Popular de Puerto Rico<br>PO Box 362709<br>San Juan, PR  00936-2709 | | | $ 1,498.10 |
| 21 | Best Fire Tech Corp.<br>PO Box 190502<br>San Juan, PR  00919-0502 | | | $ 319.40 |
| 22 | C&C Supply Maintenance Ind.<br>PO Box 51803<br>Toa Baja, PR  00950-1803 | | | $ 681.45 |
| 23 | Capitol Security Police<br>PO Box 9066604<br>San Juan, PR  00906-6604 | | | $ 35,476.47 |
| 24 | Caribbean Medical Testing<br>PO Box 192071<br>San Juan, PR  00919-2071 | | | $ 35.00 |
| 25 | Caribbean Rest.<br>PO Box 366999<br>San Juan, PR  00936-6999 | | | $ 2,130.36 |
| 26 | Caribbean Sign Supplies<br>POO Box 363901<br>San Juan, PR  00936-3901 | | | $ 35,064.09 |
| 27 | Caribe Environmental<br>PO Box 5189<br>Caguas, PR  00726-5189 | | | $ 2,908.59 |
| 28 | Carlos E. Jimenez<br>Post Office Box 363067<br>San Juan, PR  00936-3067 | | | $ 7,330.48 |
| 29 | Centennial de PR<br>PO Box 71333<br>San Juan, PR  00936-8433 | | | $ 786.36 |
| 30 | Centro de Pinturas<br>PO Box 29916<br>65 Infanteria Station<br>San Juan, PR  00923-29 | | | $ 15,440.84 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 31 | Centruy Metals & Supplies<br>La Ceramica Industrial<br>Calle Gildita Lote 5 B-1<br>Carolina, PR 00983 | | | $ 6,571.00 |
| 32 | Clearvue Glass & Mirror Co.<br>445 Marietta St.<br>Atlanta, GA 30313 | | | $ 594.37 |
| 33 | Coastal Construction<br>3401 Philips Hwy<br>Jacksonville, FL 32207-5609 | | | $ 2,766.34 |
| 34 | Cosvi/Sinot<br>PO Box 363428<br>San Juan, PR 00936-3428 | | | $ 317.63 |
| 35 | CPI Daylighting, Inc.<br>28662 N. Ballard Drive<br>Lake Forest, IL 60045 | | | $ 70,258.00 |
| 36 | Credit Management El Nvo. Dia<br>TSI PO Box 15520<br>Wilmington, DE 19850 | | | $ 1,318.84 |
| 37 | Daniel Cruz Figueroa<br>Calle Orquidea Buzon 206<br>Bo. Buena Ventura<br>Carolina, PR 00987 | | | $ 350.00 |
| 38 | Daytona Gas-Ivan Roman-Texaco<br>PO Box 1354<br>Hatillo, PR 00659 | | | $ 1,710.23 |
| 39 | De Diego Rental<br>Urb. Puerto Nuevo<br>473 Ave. De Diego<br>San Juan, PR 00920-3706 | | | $ 850.00 |
| 40 | Delta Dental of Puerto Rico<br>Metro Office Park<br>14 Calle 2 Suite 200<br>Guaynabo, PR 00968 | | | $ 508.28 |
| 41 | Departamento de Hacienda<br>Loteria Tradicional<br>139 Carlos Chardon Ave.<br>San Juan, PR 00918-0902 | Debts to Government - §507(a)(8)<br>State income taxes | | $ 12,150.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 42 | Departamento de Haicenda<br>Impuesto Consumo<br>PO Box 9022501<br>San Juan, PR 00902-2501 | Debts to Government - $507(a)(8)<br>State income taxes | | $ 91,771.23 |
| 43 | Departamento de Haicenda<br>Rentas Internas-Arbitrios<br>PO Box 9022501<br>San Juan, PR 00902-2501 | Debts to Government - $507(a)(8)<br>State income taxes | | $ 793,293.42 |
| 44 | Departamento de Haicenda<br>Contribucion Retenida<br>PO Box 9022501<br>San Juan, PR 00902-2501 | Debts to Government - $507(a)(8)<br>State income taxes | | $ 1,717.39 |
| 45 | Departamento de Haicenda<br>Rentas Internas-Arbitrios<br>PO Box 9022501<br>San Juan, PR 00902-2501 | Debts to Government - $507(a)(8) | | $ 23,821.55 |
| 46 | Departamento Trabajo<br>Prog. SS Chof.-Emp.<br>PO Box 195540<br>San Juan, PR 00919-5540 | Wages, Salaries, etc. - $507(a)(4) | | $ 151.20 |
| 47 | Departamento Trabajo<br>Neg. Seg. Empleos<br>PO Box 195540<br>San Juan, PR 00919-5540 | Wages, Salaries, etc. - $507(a)(4) | | $ 1,229.69 |
| 48 | DeV Builders<br>PO Box 362972<br>San Juan, PR 00936-2972 | | | $ 11,671.60 |
| 49 | Eduardo J. Janer, SE<br>6777 Isla Verde Ave.<br>Suite 210 Isla Verde Mall<br>Carolina, PR 00979 | | | $ 1,800.00 |
| 50 | Empresas de Gas Co.<br>Box 1025<br>Sabana Seca, PR 00952-1025 | | | $ 1,417.50 |
| 51 | Escuela Bellas Artes-Mayaguez<br>Centro Caribe Building<br>2053 Ponce By Pass, Suite 201<br>Ponce, PR 00717-1308 | | | $ 5,431.77 |
| 52 | Estaciones de Servicio Unidos<br>PO Box 3<br>Lares, PR 00669 | | | $ 81.52 |

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 53 | Fabregas & Rivera<br>Urb. Collegeville<br>2004 Aberdeen Street<br>Guaynabo, PR  009699-472 | | | $ 1,637.10 |
| 54 | Fastenal Company<br>PO Box 978<br>Winona, MN  55987-0978 | | | $ 1,474.68 |
| 55 | Federal Express<br>PO Box 371461<br>Pittsburgh, PA  15250-7461 | | | $ 1,295.21 |
| 56 | Fernando Roge Haro<br>Cond. Villa Magna<br>Caarr. #21 Apto. 1503<br>Guaynabo, PR  009699-472 | | | $ 422.65 |
| 57 | Ferreteria Tesoro del Evanista<br>251 Calle Guayama<br>San Juan, PR  00917-4202 | | | $ 486.64 |
| 58 | Firstbank<br>PO Box 9146<br>San Juan, PR  00908-0146 | | | $ 2,834,214.66 |
| 59 | Firstbank<br>PO Box 9146<br>San Juan, PR  00908-0146 | | | $ 300,000.00 |
| 60 | Firstbank<br>PO Box 9146<br>San Juan, PR  00908-0146 | | | $ 375,000.00 |
| 61 | Firstbank<br>PO Box 9146<br>San Juan, PR  00908-0146 | | | $ 6,153.68 |
| 62 | Firstbank<br>PO Box 9146<br>San Juan, PR  00908-0146 | | | $ 1,480.00 |
| 63 | Garriga Paper<br>PO Box 364862<br>San Juan, PR  00936-4862 | | | $ 336.94 |

## LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 64 | Gemini, Inc.<br>103 Mensing Way<br>Cannon Falls, MN  55009-1143 | | | $ 4,606.81 |
| 65 | Glenn International, Inc.<br>PO Bobx 3500<br>Carolina, PR  00984-3500 | | | $ 10,229.40 |
| 66 | Gomera Govi, Inc.<br>PO Box 29618<br>San Juan, PR  00929-0618 | | | $ 1,534.38 |
| 67 | Gonzalez Trading<br>PO Box 364884<br>San Juan, PR  00936-4884 | | | $ 13,964.50 |
| 68 | Gregory Fernandez<br>E-28 Roosevelt Gardens<br>Ceiba, PR  00735-3401 | | | $ 500.00 |
| 69 | Gregory Molina Padilla<br>Calle 44 HH-49<br>Ext. Villas de Loiza<br>Canovanas, PR  00729 | | | $ 2,066.66 |
| 70 | Halco Sales, Inc.<br>PO Box 4820<br>Carolina, PR  00982-4820 | | | $ 825.00 |
| 71 | Herramientas Industriales<br>PO Box 2964<br>San Juan, PR  00929-0564 | | | $ 53.50 |
| 72 | Hilti Caribe, Inc.<br>PO Box 194949<br>San Juan, PR  00919-4949 | | | $ 139.10 |
| 73 | Hospital San Lucas<br>PO Box 336810<br>Ponce, PR  00733-6810 | | | $ 1,100.00 |
| 74 | Humana Insurance<br>Call Box 70228<br>San Juan, PR  00936-8228 | | | $ 6,406.19 |

# LIST OF CREDITORS
### (Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 75 | IBC Customs Brokerage, Inc.<br>PO Box 356249<br>Jamaica, NY 11435 | | | $ 0.00 |
| 76 | Industrial Lighting Supply<br>PO Box 4847<br>Carolina, PR 00984-4847 | | | $ 8,973.15 |
| 77 | Ing. Erasto R. Nieves Apponte<br>PO Box 361989<br>San Juan, PR 00936-1989 | | | $ 7,837.49 |
| 78 | Ing. Victor M. Ortiz Medina<br>PO Box 115<br>Maunabo, PR 00707-0115 | | | $ 14,361.00 |
| 79 | Instant Print Corp.<br>PO Box 190540<br>San Juan, PR 00919-0540 | | | $ 105.13 |
| 80 | Internal Revenue Service<br>PO Box 409101<br>Ogden, UT 84409 | Debts to Government - $507(a)(8) | | $ 228.78 |
| 81 | Internal Revenue Service<br>PO Box 409101<br>Ogden, UT 84409 | Debts to Government - $507(a)(8) | | $ 45,899.04 |
| 82 | Isla Supply Corp.<br>PO Box 29066<br>San Juan, PR 00929-9066 | | | $ 1,011.67 |
| 83 | JA Illumination Service<br>HC-03 Box 18014<br>Rio Grande, PR 00745 | | | $ 3,000.00 |
| 84 | Jaime L. Rivera Martinez<br>Carr. 848 APT. 343<br>Cond. Plaza del Parque<br>Trujillo Alto, PR 00976 | | | $ 125.00 |
| 85 | JCC International Ent., Inc.<br>PO Box 1788<br>Carolina, PR 00984-1788 | | | $ 4,622.51 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 86 | Jose A. Encarnacion Rios<br>HC-2 Box 4708<br>Luquillo, PR 00773 | | | $ 535.00 |
| 87 | Jose Gonzalez Negron<br>PO Boxx 193707<br>San Juan, PR 00919-3707 | | | $ 384.41 |
| 88 | Jose L. Gonzalez Ortiz<br>Calle Jarison Buzon 110<br>Base Raimy<br>Aguadilla, PR 00603-1519 | | | $ 603.04 |
| 89 | Jose L. Mendoza & Co., LLP<br>PO Box 190476<br>San Juan, PR 00919-0476 | | | $ 24,062.00 |
| 90 | Jose L. Perez Arroyo<br>E-6 Calle Flamboyna<br>Villas de San Jose<br>Cayey, PR 00736 | | | $ 644.50 |
| 91 | Jose R. Pichardo<br>PO Box 30420<br>San Juan, PR 00929-1420 | | | $ 459.00 |
| 92 | Jose Rivera Davila<br>PO Box 177<br>Saint Just, PR 00978-177 | | | $ 413.00 |
| 93 | Jose Rivera Ortiz<br>3457 Ext. Las Delicias<br>Calle Josefina Moll<br>Ponce, PR 00728 | | | $ 80.00 |
| 94 | Joseph Cruz Correa<br>1534 Palacios del Monte<br>Toa Alta, PR 00953 | | | $ 2,962.32 |
| 95 | Juan B. Colon Serrano<br>Urb. Los Maestros<br>779 Calle Anntonio Sarreira<br>San Juan, PR 00923-29 | | | $ 430.00 |
| 96 | Junco Steel<br>PO Box 364682<br>San Juan, PR 00936-4682 | | | $ 4,274.10 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|---------------------|---------|--------------|
| 97 | Juval Trading, Inc.<br>PO Box 362587<br>San Juan, PR 00936-2587 | | | $ 983.35 |
| 98 | Kentucky<br>PO Box 11858<br>San Juan, PR 00922-1858 | | | $ 52,746.96 |
| 99 | KM Rental, Inc.<br>Calle Ismael Rivera<br>Esq. Baldorioty de Castro<br>San Juan, PR 00911 | | | $ 15,087.57 |
| 100 | La Casa de los Tornillos #2<br>PO Box 365047<br>San Juan, PR 00936-5047 | | | $ 1,964.35 |
| 101 | Lcdo. Rafael Marcano Davila<br>675 Ave. Pontezuela<br>Vistamar<br>Carolina, PR 00983 | | | $ 6,213.30 |
| 102 | Lease Option<br>PO Box 40851<br>San Juan, PR 00940-0851 | | | $ 0.00 |
| 103 | Linde Gas Puerto Rico, Inc.<br>PO Box 71491<br>San Juan, PR 00936-1491 | | | $ 6,947.71 |
| 104 | Lucy Lopez Roig EAP, Inc.<br>Ave. Domenech<br>Suite 701<br>San Juan, PR 00918 | | | $ 945.00 |
| 105 | Luis E. Marini Roig<br>Calle Reseda 1924<br>Urb. Santa maria<br>San Juan, PR 00926 | | | $ 15,718.42 |
| 106 | Luis J. Mongil Ferrer<br>PO Box 19686<br>San Juan, PR 00910-1686 | | | $ 500.00 |
| 107 | Luis R. Rodriguez Espinosa<br>#7 Terra Del Valle<br>0736-3240 | | | $ 400.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 108 | Magic Transport<br>PO Box 360729<br>San Juan, PR  00936-0729 | | | $ 149.23 |
| 109 | Max Canovanas-Daniel Rivera<br>PO Box 1499<br>Trujillo Alto, PR  00977 | | | $ 1,732.80 |
| 110 | Maxi Body<br>PO Box 9211<br>San Juan, PR  00908 | | | $ 20,500.00 |
| 111 | McDonalds<br>300 Felisa Rincon de Gautier<br>Suite 10<br>San Juan, PR  00926-5970 | | | $ 37,375.08 |
| 112 | McMaster-Carr Supply Co.<br>141 West 28th Street<br>New York, NY  10001 | | | $ 1,381.27 |
| 113 | Melvin O. Robles Freytes & Co.<br>Urb. Luchetti<br>52 Calle Sierra Berdecia<br>Manati, PR  00674 | | | $ 3,216.66 |
| 114 | Millenium Signs<br>MSR 623<br>138 Ave. Winston Churchill<br>San Juan, PR  00926 | | | $ 729.60 |
| 115 | Moore Steel & Aluminum<br>PO Box 9887<br>Carolina, PR  00988-9887 | | | $ 1,197.31 |
| 116 | Municipio Trujillo Alto<br>Decl Imp. Consumo<br>PO Box 1869<br>Trujillo Alto, PR  00977 | | | $ 3,488.96 |
| 117 | Myriam Ayala<br>PO Box 1283<br>Manati, PR  00674 | | | $ 6,538.00 |
| 118 | NE Electric<br>4100 Sion Farm Suite<br>Christiansted<br>Christiansted, VI  00820 | | | $ 450.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 119 | Nevarez Exterminating<br>PO Box 8767<br>Plaza Carolina Sstatio<br>Carolina, PR 00988-8767 | | | $ 100.00 |
| 120 | New York Wiping Products<br>Call Box 2151<br>San Juan, PR 00922-2151 | | | $ 288.90 |
| 121 | Office Discount, Inc.<br>Urb. San Agustin<br>388 Ave. 65 Infanteria<br>San Juan, PR 00926-1806 | | | $ 163.09 |
| 122 | Osram Sylvania<br>PO Box 275<br>18725 North Union Street<br>Westfield, IN 46074 | | | $ 2,238.75 |
| 123 | Overseas Insurance<br>PO Box 71467<br>San Juan, PR 00936-8567 | | | $ 800.00 |
| 124 | Peidmont Plastics, Inc.<br>5010 West W.T. Harris Blvd.<br>Charlotte, NC 28269 | | | $ 6,749.06 |
| 125 | Pitney Bowes Puerto Rico<br>PO Box 9020524<br>San Juan, PR 00902-0524 | | | $ 229.50 |
| 126 | Pizza Hut<br>PO Box 11858<br>San Juan, PR 00922-1858 | | | $ 23,685.00 |
| 127 | Plastic Lumber Yard, LLC<br>220 E. Washington Street<br>Norristown, PA 19401 | | | $ 2,693.29 |
| 128 | Popular Auto, Inc.<br>PO Box 15011<br>San Juan, PR 00902-8511 | | | $ 0.00 |
| 129 | PR Computer Services<br>PO Box 192036<br>San Juan, PR 00919-2036 | | | $ 3,799.81 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 130 | PR General Distributing Co.<br>Julio N. Matos Industrial Park<br>Lote 26 Bo. Martin Gonzalez<br>Carolina, PR 00984-3500 | | | $ 553.78 |
| 131 | PRO Consulting Services<br>PO Box 66768<br>Houston, TX 77266-6768 | | | $ 3,364.76 |
| 132 | Puerto Rico Telephone Company<br>PO Box 71535<br>San Juan, PR 00936-8635 | | | $ 1,393.47 |
| 133 | Rafael J. Nido, Inc.<br>PO Box 11978<br>San Juan, PR 00922-1978 | | | $ 1,656.85 |
| 134 | Rene Garcia & Asociados<br>College Park<br>246 Upsala Street<br>San Juan, PR 00921 | | | $ 1,900.00 |
| 135 | Ricoh Puerto Rico<br>PO Box 71459<br>San Juan, PR 00936-8559 | | | $ 934.26 |
| 136 | Roger Electric & Electrical<br>PO Box 3166<br>Bayamon, PR 00960-3166 | | | $ 959.30 |
| 137 | Sachs Chemical, Inc.<br>PO Box 191670<br>San Juan, PR 00919-1670 | | | $ 893.55 |
| 138 | Safety-Kleen Envirosystem<br>PO Box 382066<br>Pittsburgh, PA 15250-8066 | | | $ 3,423.78 |
| 139 | Saint Just Auto Parts<br>PO Box 582<br>Saint Just, PR 00978-0582 | | | $ 29.50 |
| 140 | Salud Integral de la Montana<br>Box 515<br>Naranjito, PR 00719 | | | $ 27,377.40 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|---------------------|---------|--------------|
| 141 | Samuel Sanchez<br>Urb. Sierra Bayamon<br>48 #17 Calle 36<br>Bayamon, PR  00961 | | | $ 1,016.00 |
| 142 | Sanchez Betances, Sifre & Rive<br>PO Box 364428<br>San Juan, PR  00936-4428 | | | $ 15,667.41 |
| 143 | Servimetal, Inc.<br>PO Box 9147<br>Caguas, PR  00726-9147 | | | $ 6,280.10 |
| 144 | Sesco Global Lightinh<br>505 Hostos<br>Second floor<br>San Juan, PR  00918 | | | $ 0.00 |
| 145 | Shell PR<br>PO Box 366697<br>San Juan, PR  00936-6697 | | | $ 2,875.91 |
| 146 | Smart Sharp Bold Advertising<br>PO Box 192347<br>San Juan, PR  00919-2347 | | | $ 432.27 |
| 147 | Steel & Pipes<br>PO Box 5309<br>Caguas, PR  00726-5189 | | | $ 106.72 |
| 148 | Sultana Aluminum Corp.<br>PO Box 3353<br>Mayaguez, PR  00681 | | | $ 1,753.35 |
| 149 | Taco Bell<br>PO Box 11858<br>San Juan, PR  00922-1858 | | | $ 3,907.50 |
| 150 | Texaco-Carraizo-AG Investment<br>PO Box 270004<br>San Juan, PR  00927-0004 | | | $ 6,698.10 |
| 151 | Texaco-Chevron PR, LLC<br>PO Box 71315<br>San Juan, PR  00936-8415 | | | $ 44,830.55 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 152 | Textile Fibers of PR, Inc.<br>General Delivery<br>La Plata, PR 00786 | | | $ 505.58 |
| 153 | The Sembler<br>201 Gautier Benitez Suite 300<br>Consolidated Medical Mall<br>Caguas, PR 00726-4962 | | | $ 2,878.00 |
| 154 | Torcos, Inc.<br>PO Box 29708<br>San Juan, PR 00929-9708 | | | $ 2,241.48 |
| 155 | Total<br>PO Box 362916<br>San Juan, PR 00936-2916 | | | $ 4,878.86 |
| 156 | Tube Light Company, Inc.<br>11205 N.W. 13 1st Street<br>Miami, FL 33178 | | | $ 17,125.06 |
| 157 | United General Tool<br>Buzon 314 - Suite 2<br>Barrio Cantera<br>Manati, PR 00674 | | | $ 780.16 |
| 158 | United Insurance Fiance Co.<br>PO Box 6356<br>San Juan, PR 00914-6356 | | | $ 23,678.00 |
| 159 | United Insurance Fiance Co.<br>PO Box 6356<br>San Juan, PR 00914-6356 | | | $ 3,507.62 |
| 160 | United Surety & Indemnity<br>PO Box 2111<br>San Juan, PR 00922-2111 | | | $ 850.00 |
| 161 | UPS Supply Chain<br>28013 Network Place<br>Chicago, IL 60673-1280 | | | $ 233.57 |
| 162 | Vargas Towing & Lifting<br>PO Box 1519<br>Carolina, PR 00984 | | | $ 225.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|---------------------|---------|--------------|
| 163 | Volvo Rents Corporation<br>PO Box 366279<br>San Juan, PR 00936-6279 | | | $ 1,630.00 |
| 164 | Waste Management<br>PO Box 71561<br>San Juan, PR 00936-8661 | | | $ 3,254.55 |
| 165 | Wells Fargo Card Services<br>PO Box 54349<br>Los Angeles, CA 90054-0349 | | | $ 6,101.46 |
| 166 | West Indies<br>PO Box 360494<br>San Juan, PR 00936-0494 | | | $ 3,000.00 |
| 167 | XTRA Cool Air Conditioning<br>402 Calle Ensenada<br>Caparra Heights<br>San Juan, PR 00922-3510 | | | $ 1,347.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  *Multi Plastics, Inc.*
    *a Puerto Rico Corporation*

Case No.
Chapter  *11*

_____/ Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 1<br>American Express<br>PO Box 360001<br>Fort Lauderdale FL  33336-0001 | Phone:<br>American Express<br>PO Box 360001<br>Fort Lauderdale FL  33336-0001 | | | $ 92,244.32 |
| 2<br>American Express<br>PO Box 1270<br>Newark NJ  07101-1270 | Phone:<br>American Express<br>PO Box 1270<br>Newark NJ  07101-1270 | | | $ 78,333.99 |
| 3<br>CPI Daylighting, Inc.<br>28662 N. Ballard Drive<br>Lake Forest IL  60045 | Phone:<br>CPI Daylighting, Inc.<br>28662 N. Ballard Drive<br>Lake Forest IL  60045 | | | $ 70,258.00 |
| 4<br>Kentucky<br>PO Box 11858<br>San Juan PR  00922-1858 | Phone:<br>Kentucky<br>PO Box 11858<br>San Juan PR  00922-1858 | | | $ 52,746.96 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>*Texaco-Chevron PR, LLC*<br>*PO Box 71315*<br>*San Juan PR 00936-8415* | Phone:<br>*Texaco-Chevron PR, LLC*<br>*PO Box 71315*<br>*San Juan PR 00936-8415* | | | *$ 44,830.55* |
| 6<br>*Capitol Security Police*<br>*PO Box 9066604*<br>*San Juan PR 00906-6604* | Phone:<br>*Capitol Security Police*<br>*PO Box 9066604*<br>*San Juan PR 00906-6604* | | | *$ 35,476.47* |
| 7<br>*Caribbean Sign Supplies*<br>*POO Box 363901*<br>*San Juan PR 00936-3901* | Phone:<br>*Caribbean Sign Supplies*<br>*POO Box 363901*<br>*San Juan PR 00936-3901* | | | *$ 35,064.09* |
| 8<br>*Salud Integral de la Montana*<br>*Box 515*<br>*Naranjito PR 00719* | Phone:<br>*Salud Integral de la Montana*<br>*Box 515*<br>*Naranjito PR 00719* | | | *$ 27,377.40* |
| 9<br>*Jose L. Mendoza & Co., LLP*<br>*PO Box 190476*<br>*San Juan PR 00919-0476* | Phone:<br>*Jose L. Mendoza & Co., LLP*<br>*PO Box 190476*<br>*San Juan PR 00919-0476* | | | *$ 24,062.00* |
| 10<br>*Departamento de Haicenda*<br>*Rentas Internas-Arbitrios*<br>*PO Box 9022501*<br>*San Juan PR 00902-2501* | Phone:<br>*Departamento de Haicenda*<br>*Rentas Internas-Arbitrios*<br>*PO Box 9022501*<br>*San Juan PR 00902-2501* | | | *$ 23,821.55* |
| 11<br>*Pizza Hut*<br>*PO Box 11858*<br>*San Juan PR 00922-1858* | Phone:<br>*Pizza Hut*<br>*PO Box 11858*<br>*San Juan PR 00922-1858* | | | *$ 23,685.00* |
| 12<br>*United Insurance Fiance Co.*<br>*PO Box 6356*<br>*San Juan PR 00914-6356* | Phone:<br>*United Insurance Fiance Co.*<br>*PO Box 6356*<br>*San Juan PR 00914-6356* | | | *$ 23,678.00* |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>Maxi Body<br>PO Box 9211<br>San Juan PR  00908 | Phone:<br>Maxi Body<br>PO Box 9211<br>San Juan PR  00908 | | | $ 20,500.00 |
| 14<br>Tube Light Company, Inc.<br>11205 N.W. 13 1st Street<br>Miami FL  33178 | Phone:<br>Tube Light Company, Inc.<br>11205 N.W. 13 1st Street<br>Miami FL  33178 | | | $ 17,125.06 |
| 15<br>Sanchez Betances, Sifre & Rive<br>PO Box 364428<br>San Juan PR  00936-4428 | Phone:<br>Sanchez Betances, Sifre & Rive<br>PO Box 364428<br>San Juan PR  00936-4428 | | | $ 15,667.41 |
| 16<br>Centro de Pinturas<br>PO Box 29916<br>65 Infanteria Station<br>San Juan PR  00923-29 | Phone:<br>Centro de Pinturas<br>PO Box 29916<br>65 Infanteria Station<br>San Juan PR  00923-29 | | | $ 15,440.84 |
| 17<br>KM Rental, Inc.<br>Calle Ismael Rivera<br>Esq. Baldorioty de Castro<br>San Juan PR  00911 | Phone:<br>KM Rental, Inc.<br>Calle Ismael Rivera<br>Esq. Baldorioty de Castro<br>San Juan PR  00911 | | | $ 15,087.57 |
| 18<br>ATG Contractors, Inc.<br>PO Box 750<br>Camuy PR  00627 | Phone:<br>ATG Contractors, Inc.<br>PO Box 750<br>Camuy PR  00627 | | | $ 14,612.10 |
| 19<br>Ing. Victor M. Ortiz Medina<br>PO Box 115<br>Maunabo PR  00707-0115 | Phone:<br>Ing. Victor M. Ortiz Medina<br>PO Box 115<br>Maunabo PR  00707-0115 | | | $ 14,361.00 |
| 20<br>Gonzalez Trading<br>PO Box 364884<br>San Juan PR  00936-4884 | Phone:<br>Gonzalez Trading<br>PO Box 364884<br>San Juan PR  00936-4884 | | | $ 13,964.50 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Luis E. Marini Roig*                              , *President*              of the *Corporation*         named

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 12/07/2010

Signature

Name: *Luis E. Marini Roig*

Title: *President*